Ella C. Coleman, appellant, v. John E. Mulcahey et al., appellees. Gen. No. 8,193.

Opinion filed May 2, 1928.

William A. Bither, for appellant. William R. Bach, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

R. A. Hennings, appellee, v. Chicago & Eastern Illinois Railroad Company, appellant. Gen. No. 8,210.

Opinion filed July 2, 1928. Rehearing denied.

U. G. Ward, W. L. Kelley and Craig & Craig, for appellant; Homer T. Dick, of counsel. E. A. Richardson and John J. Baker, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

William R. Nickelson, appellee, v. William E. Atherton, appellant. Gen. No. 8,239.

Opinion filed July 2, 1928.

John G. Friedmeyer, for appellant. William L. Patton, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Edith Lane, executrix, et al., appellants, v. Verna V. Edwards et al., appellees. Gen. No. 8,223.

Opinion filed July 2, 1928.

C. M. Peirce, for appellants. Costigan & Wollrab, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.